UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    GUADALUPE PARTIDA  
    MARIA A PARTIDA  
    Debtor(s)

Case No. 11-49000

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/06/2011.

2) The plan was confirmed on 04/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/11/2012.

5) The case was converted on 10/30/2012.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,370.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$26,370.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $244.10 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $969.01 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,213.11** |

Attorney fees paid and disclosed by debtor:   $719.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 4PATH LTD | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 6,227.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,973.00 | 2,002.89 | 2,002.89 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,911.00 | 1,940.69 | 1,940.69 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 369.00 | 369.15 | 369.15 | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,110.00 | 1,145.65 | 1,145.65 | 0.00 | 0.00 |
| CCA | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES | Unsecured | 1,313.87 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 5,548.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| FEMALE HEALTH CARE | Unsecured | 253.80 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 11,914.00 | 11,453.36 | 11,453.36 | 5,984.58 | 217.08 |
| FUTURE DIAGNOSTICS GROUP | Unsecured | 881.19 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 400.27 | 400.27 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 637.00 | 1,204.90 | 1,204.90 | 0.00 | 0.00 |
| KENDALL COUNTY STATES ATTORN | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY PHYS FOUND | Unsecured | 2,156.00 | 4,003.62 | 4,003.62 | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,007.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANT | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| NARENDRA K GARG | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 70,600.10 | 70,600.10 | 70,600.10 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 18,955.23 | 0.00 |
| NATIONWIDE RECOVERY SY | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT | Unsecured | 916.45 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 4,398.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN CREDIT SVC | Unsecured | 1,717.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL III LLC | Unsecured | 1,252.00 | 1,252.19 | 1,252.19 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL IV LLC | Unsecured | 3,190.00 | 3,190.28 | 3,190.28 | 0.00 | 0.00 |
| OXFORD COLLECTION SRVS | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,906.00 | 1,762.77 | 1,762.77 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 77.35 | NA | NA | 0.00 | 0.00 |
| RAFAEL A PEREZ GUERRA MD | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL M KUBYCHECK MD | Unsecured | 111.11 | NA | NA | 0.00 | 0.00 |
| SLM PC CREDIT STUDENT LOAN TRU | Unsecured | 17,796.00 | 15,271.04 | 15,271.04 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 150.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| SUBURBAN PULMONARY ASSOC | Unsecured | 318.02 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,028.00 | 627.70 | 627.70 | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Unsecured | 439.58 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,099.00 | 1,078.77 | 1,078.77 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 636.00 | 636.78 | 636.78 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $18,955.23 | $0.00 |
| Mortgage Arrearage | $70,600.10 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,453.36 | $5,984.58 | $217.08 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$82,053.46** | **$24,939.81** | **$217.08** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$35,036.70** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,213.11 |
| Disbursements to Creditors | $25,156.89 |
| **TOTAL DISBURSEMENTS** : | **$26,370.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/20/2012          By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**